■ In the Matter of BRENDA B., a Person Alleged to be a Juvenile Delinquent, Appellant. [19 NYS3d 746]—

Order of disposition, Family Court, New York County (Susan R. Larabee, J.), entered on or about June 10, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed acts that, if committed by an adult, would constitute the crimes of assault in the second degree and criminal possession of a weapon in the fourth degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The petition and accompanying deposition were legally sufficient. The detailed factual allegations supported reasonable inferences that the victim sustained a physical injury, and that the injury was inflicted by means of an object that constituted a dangerous instrument (*see Matter of Shaquille M.*, 94 AD3d 445 [1st Dept 2012]).

The fact-finding determination was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The victim's testimony, along with corroborating evidence including a videotape, established the physical injury and dangerous instrument elements. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GIACONA, Appellant. [19 NYS3d 747]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about September 3, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.